**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE**

In Re:  
David Odes Robinette   xxx–xx–4110  

   Debtor(s)

Case Number: 3:13–bk–33503–SHB  
Chapter: 7

## NOTICE OF HEARING

   Notice is hereby given that a hearing will be held on 7/16/15 , at 09:00 AM, in Courtroom 1C, Howard H. Baker Jr. U.S. Courthouse, 800 Market Street, Knoxville, TN 37902 on the following:

   *81* – Application for Compensation for Ryan E. Jarrard, Trustee's Attorney, Period: 3/24/2014 to 5/26/2015, Fee: $, Expenses: $3600.00. Filed by Attorney Ryan E. Jarrard Objections to applications for compensation due by 7/2/2015. (Attachments: # 1 Proposed Order # 2 Exhibit Billing Statement # 3 Supplement Mail Matrix) (Jarrard, Ryan)

   **Pursuant to the local rules of court, specifically E.D. Tenn. LBR 9013–1(f)(4), the objecting party and the moving party are required to attend this hearing. The failure of either the objecting party or the moving party to attend this hearing may be deemed a withdrawal of the motion/objection/application or of the objection thereto, as the case may be.**

Dated: 7/6/15

                                                                William T. Magill  
                                                                Clerk of the Bankruptcy Court

                                                                By:  hhc  
                                                                    Deputy Clerk